```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone:  (415) 977-8926
        Facsimile:  (415) 744-0134
        E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA,            )<br>        Plaintiff,       )<br>v.                       )<br>                         )<br>                         )<br>MICHAEL J. ASTRUE,       )<br>Commissioner of Social Security, )<br>        Defendant.      )<br>_____ ) | Case No. 1:11-cv-00774-SKO<br><br>STIPULATION AND ORDER FOR<br>A FIRST EXTENSION OF 30 DAYS FOR<br>DEFENDANT TO FILE HIS OPPOSITION<br>TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file his opposition to Plaintiff's opening brief.  This extension is necessary because Plaintiff's apparent death requires the substitution of another party, if a proper party is available.  Counsel for Defendant believes that responding to Plaintiff's brief would be improper until a proper party is substituted for the apparently deceased Plaintiff.  See Fed. R. Civ. P. 25(a)(1) (if a proper party is not substituted for a deceased party within 90 days of the suggestion of death of that party, the court must dismiss the case).  Counsel for Plaintiff will attempt to locate a proper party and enter

1

a substitution if possible, at which point Defendant can file his opposition.

The current due date is January 20, 2012; the new due date will be February 19, 2012. Counsel for both parties sincerely apologize to the Court for any inconvenience caused by this extension.

Respectfully submitted January 20, 2012.

                                  Respectfully submitted,

Dated: January 20, 2012         */s/ Denise Haley*
                                  (As authorized via email)
                                  DENISE HALEY
                                  Attorney for Plaintiff


                                  BENJAMIN B. WAGNER
                                  United States Attorney

Date: January 20, 2012          By *s/ Daniel P. Talbert*
                                  DANIEL P. TALBERT
                                  Special Assistant U. S. Attorney

                                  Attorneys for Defendant Michael J. Astrue

                                  ORDER

IT IS SO ORDERED.

**Dated:   January 23, 2012**                /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE