# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL R. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:11-cv-00774-SKO<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S COUNSEL'S MOTION TO SUBSTITUTE PARTY**<br><br>(Doc. 14) |

On January 20, 2012, Plaintiff's counsel, Denise Haley, filed a motion to substitute Plaintiff Raul R. Garcia's ("Plaintiff") surviving wife, Connie A. Garcia, as the party of record due to the passing away of Plaintiff. (Doc. 14.)

The Court HEREBY ORDERS the following briefing schedule with regard to the motion:

1. **On or before February 6, 2012**, Defendant Commissioner may file an optional response opposing the motion or file a statement that the motion is not opposed; and

2. **On or before February 13, 2012**, Plaintiff's counsel may file an optional reply to any opposition filed by the Commissioner.

IT IS SO ORDERED.

**Dated:**    **January 23, 2012**            /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE